954 A.2d 572

Tyrone UPSHUR, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA,
Pennsylvania, Respondent.

Supreme Court of Pennsylvania.

July 25, 2008.

## ORDER

PER CURIAM.

AND NOW, this 25th day of July, 2008, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.

954 A.2d 572

Demetrius DOZIER, Petitioner

v.

PHILADELPHIA FAMILY COURT, Respondent.

Supreme Court of Pennsylvania.

July 25, 2008.

## ORDER

PER CURIAM.

AND NOW, this 25th day of July, 2008, the Application for Leave to File Original Process is **GRANTED**; the Petition for Mandamus is **DENIED**.